No. 529, Misc. APPITITO ET AL. *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 532, Misc. PIETRANIELLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Vine H. Smith* for petitioner.

No. 531, Misc. STANCIN *v.* UNITED STATES. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit is denied without prejudice to an application to the District Court for resentencing. *William Charles Brown* for petitioner.

No. 348. JORDAN, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION, *v.* DE GEORGE, *ante,* p. 223;

No. 442. SCHWEGMANN BROTHERS ET AL. *v.* CALVERT DISTILLERS CORP., *ante,* p. 384;

No. 443. SCHWEGMANN BROTHERS ET AL. *v.* SEAGRAM DISTILLERS CORP., *ante,* p. 384; and

No. 645. HUMBLE OIL & REFINING CO. *v.* GRAY TOOL CO., *ante,* p. 934. The petitions for rehearing in these cases are denied.

No. 270. BLACKHAWK-PERRY CORPORATION *v.* COMMISSIONER OF INTERNAL REVENUE, 340 U. S. 875;

No. 473. BRANNAN, SECRETARY OF AGRICULTURE, *v.* ELDER ET AL.; and

No. 474. ELDER ET AL. *v.* BRANNAN, SECRETARY OF AGRICULTURE, *ante,* p. 277. The motions for leave to file petitions for rehearing in these cases are denied.

No. 561. WILLIAMS *v.* HUGHES TOOL CO., *ante,* p. 903. Second petition for rehearing denied.